COMMERCIAL CREDIT TRUST, A CORPORATION, PLAIN-
TIFF-APPELLANT, v. ALBERT BARBIER, TRADING,
ETC., DEFENDANT-RESPONDENT.

Submitted October term, 1929—Decided December 2, 1929.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff-appellant, *Green & Green.*

For the defendant-respondent, *Samuel C. Meyerson.*

PER CURIAM.

This is an appeal from a judgment entered in the First
Judicial District Court of Morris County in favor of the de-
fendant. The case was tried by the court without a jury,
under an agreed stipulation of facts. The plaintiff demands:
first, a Buick roadster and in case it cannot be returned, the
plaintiff then demands $300 for its value and $100 as special
damages for attorney's fee, &c.

It would serve no useful purpose to review the facts, as
set out in the agreed stipulation of facts. It is sufficient to
say that on the merits, the judgment must be reversed, as
there is nothing in the case to show by whose order or con-
sent, or at whose request the defendant Albert Barbier did
the repairs or work on the car, then too, under the Condi-
tional Sales act, if the conditional vendor gets the contract
on file within ten days he is ahead of the garage keeper. See
*Thayer, &c., Co.* v. *First National Bank,* 98 *N. J. L.* 29;
*affirmed, Ibid.* 907. The judgment of the First Judicial Dis-
trict Court of Morris County is therefore reversed.